In the Matter of MAURICE L. ZAKEN, an Attorney.— Respondent suspended indefinitely. Concur — Botein, P. J., Rabin, McNally, Eager and Steuer, JJ.